UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CUN YONG CHEN, et al.,

                Petitioner(s).

              22 civ 7329 (JGK)

    -against-

              **ORDER**

MERRICK GARLAND, et al.

                Respondent(s).
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

A petition for writ of mandamus has been filed with the Court.

It is hereby ordered that the Government shall answer the petition by **December 19, 2022.**

A conference in this matter will be held on **Tuesday, January 24, 2023, at 3:00pm.**

**Dial-in: 888 363-4749.  Access code: 8140049.**

**SO ORDERED.**

                                                 **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 19, 2022