UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CUN YONG CHEN, ET AL.,

            Plaintiffs,

- against -

MERRICK GARLAND, ET AL.,

            Defendants.

22-cv-7329 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants may file their anticipated motion to dismiss by **December 20, 2022**. The plaintiffs may respond by **January 9, 2023**. The defendants may reply thereafter by **January 19, 2023**.

SO ORDERED.

Dated:    New York, New York
           December 20, 2022

                                            John G. Koeltl
                                        United States District Judge