```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CUN YONG CHEN,

           Plaintiff,

- against -

MERRICK GARLAND, ET AL.,

           Defendants.

22-cv7329 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of all papers filed in connection with the pending fully briefed motion to dismiss. ECF No. 7.

SO ORDERED.

Dated:    New York, New York
           January 19, 2023

                                    John G. Koeltl
                               United States District Judge