**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

**VIA ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

January 18, 2023

*[Handwritten: Application granted. The 1/24/23 conference is canceled. So ordered. /s/ John G. Koeltl 1/19/23 U.S.D.J.]*

Re: *Cun Yong Chen, et al. v. Garland, et al.,* No. 22 Civ. 7329 (JGK)

Dear Judge Koeltl:

This Office represents respondents (the "government") in this action, in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Applications to Register Permanent Residence or Adjust Status (Forms I-485) and an accompanying Application for Employment Authorization (Forms I-765). I write respectfully, with the plaintiffs' consent, to request that the initial conference currently scheduled for January 24, 2023, be adjourned until at least two weeks after the government's pending motion to dismiss has been decided. *See* ECF No. 8. An adjournment of the conference would be in the interests of efficiency and conservation of judicial and party resources given the currently pending motion to dismiss.

This is the government's first request to adjourn the initial conference. The plaintiffs consent to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  *s/ Joshua S. Press*
JOSHUA S. PRESS
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (202) 305-0106
E-mail: joshua.press@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)